[No. 13763-1-II.  Division Two.  June 24, 1992.]

*In the Matter of the Marriage of* ERNEST NORMAN SEXTON, *Appellant, and* VIRGINIA CEIDE SEXTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-3-00469-6, Terence Hanley, J., entered

February 27, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Morgan, J.